## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASUL MUHAMMAD, on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>CHOICE HOTELS INTERNATIONAL, INC.,<br><br>   Defendant. | Case No.: 1:19-cv-08330<br><br>Hon. Sara L. Ellis<br>Magistrate Judge Sunil R. Harjani |

## DEFENDANT'S MOTION TO DISMISS

Defendant Choice Hotels International, Inc. moves to dismiss Plaintiff's Class Action Complaint (Doc. 1) for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Support for this motion is found in the accompanying memorandum of law and declaration of Stuart Kreindler.

Dated: February 7, 2020

Respectfully submitted,

By: /s/ Maria A. Boelen

Maria A. Boelen (mboelen@bakerlaw.com)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200
Facsimile: (312) 416-6201

Joel Griswold (jcgriswold@bakerlaw.com)
**BAKER & HOSTETLER LLP**
SunTrust Center
200 S. Orange Ave., Suite 2300
Orlando, FL 32801-3432
Telephone: (407) 649-4088

*Attorneys for Defendant Choice Hotels International, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, certifies that on February 7, 2020, she filed and served the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

/s/ Maria A. Boelen