# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19-cv-08330 |
| v. ) | |
| ) | Judge Sara L. Ellis |
| CHOICE HOTELS INTERNATIONAL, INC. ) | Magistrate Judge Sunil R. Harjani |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant Choice Hotels International, Inc. by and through their respective undersigned counsel, jointly stipulate to the dismissal without prejudice of the instant action, each party to bear its own costs and attorney's fees.

STIPULATED AND AGREED:

s/ *R. Joseph Kramer*  
R. Joseph Kramer  
KRAMER INJURY LAW LLC  
225 W. Washington Street, Ste. 2200  
Chicago, IL 60606  
Phone: (312) 775-1012  
Joe@rjklawyer.com  

*Attorney for Plaintiff Muhammad*

s/ *Maria Boelen*  
Maria Boelen  
BAKER HOSTETLER  
One North Wacker Drive, Suite 4500  
Chicago, IL 60606-2841  
Phone: (312) 416-6200  
mboelen@bakerlaw.com  

*Attorney for Defendant Choice Hotels*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on February 17, 2020.

/s/ R. Joseph Kramer  
R. Joseph Kramer